AO 91 (Rev. 11/11) Criminal Complaint | AUSA: William Vailliencourt | Telephone: (989) 891-0391
Task Force Officer: Alejandro Beltran, Jr. | Telephone: (361) 228-5130

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Edmond Ray Woodchisky

Case: 1:22-mj-30229
Assigned To : Unassigned
Assign. Date : 5/13/2022
CMP: USA v WOODCHISKY (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2022__ in the county of __Tuscola__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Enticement of a minor to engage in sexual activity for which a person could be charged with a criminal offense. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_/s/ Beltran_
Complainant's signature

Alejandro Beltran, Jr., TFO, Homeland Security
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 13, 2022

City and state: Detroit, Michigan

_/s/ Elizabeth A. Stafford_
Judge's signature

Elizabeth Stafford, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, Alejandro Beltran Jr., being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Border Patrol Agent (BPA) with the Department of Homeland Security, Customs and Border Protection (CBP) and have been so employed from February 2007 until present. I am currently assigned to the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), in Detroit, Michigan, as part of the DHS Alliance Human Trafficking and Human Smuggling Task Force. The DHS Alliance Task Force is a cooperative effort of members of the Federal Government and Madison Heights Police Department, whose purpose is to enforce criminal statutes involving human trafficking and human smuggling. I have received training and/or have experience with investigations in the area of child pornography, human trafficking, and child exploitation. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 United States Code, Sections 1470, 2251, 2422(b), and 2252A.

2. This affidavit is made in support of a criminal complaint and arrest warrant for Edmond Ray Woodchisky for violation of Title 18,

United States Code, Section 2422(b) - coercion and enticement of a minor.

3. This affidavit is based on my personal knowledge, experience and training, as well as on information obtained by me through investigation, observations, and communications with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Edmond Ray Woodchisky.

## PROBABLE CAUSE

4. On April 12, 2022, DHS Alliance received information from the Oakland County Sheriff's Office (OCSO) regarding an adult male that was communicating via Snapchat with Minor Victim 1 (MV1), who resides in Oakland County. After a cursory investigation, OCSO determined that there were other potential minor victims outside their jurisdiction and contacted DHS Alliance.

5. The OCSO investigation commenced on or about March 4, 2022. Adult Female 1 (AF1), who is the mother of MV1, reported to the

OCSO that an adult male, later identified as Edmond Ray Woodchisky, had been communicating with her eleven-year-old child (MV1) via the Snapchat application. Snapchat is a multimedia instant messaging application which allows users to share pictures and messages with other users. One of the principal features of Snapchat is that the pictures and messages are usually only available for a short period of time before they become inaccessible to recipients. Because Snapchat is an application that uses the internet and requires use of a cell phone or tablet that accesses the internet, it uses a facility or means of interstate commerce. AF1 reported that she had seen the Snapchat messages on MV1's cell phone and that she took photographs of the chat. Affiant has reviewed those photos. AF1 took photographs of the screen, rather than taking a screen shot using the cell phone because when a user takes a screenshot, Snapchat notifies the user that the chat has been screenshotted.

6. According to those chats, Woodchisky previously attempted to meet and bring MV1 to live with him and be his/her new dad, but Woodchisky did not arrive at the meet. Woodchisky told MV1 that he was 39 years of age and lived in Bad Axe, MI. AF1 then assumed

3

MV1's Snapchat identity and communicated with Woodchisky as MV1. AF1 took photographs of the chats and Affiant has reviewed those photos. Woodchisky talked about having sexual relations with the person he believed to be MV1 and asked the person he believed to be MV1 to send him nude photographs of MV1. Because MV1 is under 13 years of age, engaging in any sexual activity with MV1 would be a criminal offense under Michigan law.

7. The following are a portion of excerpts from the chats:

### March 2, 2022

Edog21604: Dam I need to find a woman lol

Jaddiee_duh: Wym

Edog21604: Nvm lol

Jaddiee_duh: U mean to date

Edog21604: That to lol but I mean to get laid lol

Edog21604: No comment lol

Jaddiee_duh: ya

Jaddiee_duh: I can prlly help my new dad get

Edog21604: Yeah

Jaddiee_duh: laid

4

Edog21604: Ok how

Edog21604: And with who

Jaddiee_duh: Nvm idk

Jaddiee_duh: We cn find sumone

Edog21604: Tell me who was you going to say

Edog21604: ?

Jaddiee_duh: I mean u prlly wouldnt let mehave sex wit u bc im not pretty enuff rt

Edog21604: Wait what

Jaddiee_duh: Nvm srry

Jaddiee_duh:  idk

Jaddiee_duh: im dumb

Edog21604: You are very pretty

Jaddiee_duh: Uhhg thanks ig

Edog21604: So you want to have sex with daddy

Edog21604: ?

Jaddiee_duh: Wel I want u to be my dad

Jaddiee_duh: But we have sex to thats okay

Jaddiee_duh: Rt

5

Jaddiee_duh: do I get my one room

Edog21604: I never planned on that part with you and you even told me you wasn't for that lol so why are you wanting sex with me lol

Jaddiee_duh: like do u have a big house

Edog21604: Yes you would have your own room

Jaddiee_duh: I wasnt lookin for that but ur

Edog21604: I am looking for sex but didn't mean you lol why do you want to

Jaddiee_duh: so u r happy and will luv me

Jaddiee_duh: and let me stay ther

Edog21604: Yes are you

Edog21604: Do you really want to have sex with me

Edog21604: I'm about to take a shower

Jaddiee_duh: Ya if you want to

Jaddiee_duh: But im ugly so is ok if you dont want to

Edog21604: Ok well I'm going to watch porn and masturbate in the shower lol

### March 3, 2022

Edog21604: Would you send special pics

6

Jaddiee_duh: Wut kind

Edog21604: What kind would you send

Edog21604: ?

Jaddiee_duh: idk

Edog21604: Nude ?

Edog21604: idk

## March 4, 2022

Edog21604: Do you want me to lick you pussy

Jaddiee_duh: ya Jaddiee_duh: wil u use condoms

Edog21604: Ya what princess

Edog21604: Mmm can I see your pussy

    8.    Woodchisky sent a photograph of his exposed genitals and a video of himself masturbating. He arranged another meet to pick up MV1 in Commerce Township on March 4, 2022, but Woodchisky again did not arrive for the scheduled meet, claiming that he was arrested while en route. In the Snapchat messages, MV1 says that he/she is twelve years of age, however, MV1 was actually eleven years of age. During the chats, Woodchisky acknowledges that he could go to prison because of MV1's age.

7

9. On March 7, 2022, OCSO was granted two State search warrants, one for Snapchat username "edog21604" - the Snapchat username communicating with MV1 and AF1 - and the other for the MV1's Snapchat username "jaddiee_duh."

10. Utilizing facial recognition technology from photographs of edog21604's face sent to MV1 during the chats, OCSO developed Edmond Ray Woodchisky, 39 years of age, as a possible suspect. OSCO located Woodchisky on Facebook and found a photo of him with a background that matched a photograph sent to MV1, and an image that matched Woodchisky. In multiple Snapchat conversations, Woodchisky referred to his 1985 Chrysler and sent photos of the vehicle via Snapchat. According to records from the Michigan Department of State, a 1985 Chrysler Fifth Avenue with a MI 9NCE545 license plate is registered to Woodchisky. In addition, the image on Woodchisky's Michigan driver's license, as maintained by the Michigan Secretary of State of State, matches the facial images sent on Snapchat to MV1 and AF1.

11. On March 23, 2022, OCO received the Snap Inc. search warrant return. The subscriber information for user edog21604 is:

Subscriber email: woodchisky36@gmail.com

Subscriber phone number: 989-975-2391

The return information revealed conversations between Woodchisky (edog21604) and MV1 (jaddiee_duh).

In addition, the search warrant return included photos sent by Woodchisky as well as received by multiple Snapchat users. Woodchisky sent six (6) photos and two videos of himself, showing both his face and his genitals to MV1. Woodchisky also sought and received numerous photos from females, both clothed and nude.

12.  Based on the above information, along with other information learned during the course of this investigation, I applied for and obtained a search warrant for Woodchisky's residence. Woodchisky resides in Tuscola County in the Northern Division of the Eastern District of Michigan. On May 12, 2022, I, along with other HSI Special Agents and other law enforcement agencies, executed the search warrant.

13.  At approximately 4:03 PM, HSI Agent Smith and I encountered Woodchisky at his residence. Woodchisky consented to an

9

interview with me at this time. Woodchisky made the following non-verbatim post-Miranda statements:

    A.    Woodchisky confirmed that he resides at the address in Cass City, MI and that he had lived there for 6-7 months.

    B.    Woodchisky stated that he utilizes the email address woodchisky36@gmail.com for his Snapchat, Facebook, and TikTok accounts.

    C.    Woodchisky said that when snapchatting with minors he provided "fatherly advice" and then the conversations would lead to "sexual talk."

    D.    Woodchisky confirmed that he sent pictures of his genitalia and videos of himself masturbating to approximately seven minor females.

    E.    Woodchisky admitted that he requested pictures of "pussy shots and tits" from five or six minor females and that he did receive those pictures.

    F.    Woodchisky recalled snapchatting with MV1 and admitted to sending MV1 a video of himself masturbating.

G. Woodchisky stated that he believed he requested nude pictures of MV1. Woodchisky stated that he received pictures of MV1's "face and tits".

## CONCLUSION

14. Based on these facts, there is probable cause to believe that Edmond Ray Woodchisky committed a violation of Title 18 United States Code, Section 2422(b) by using any facility or means of interstate commerce to attempt to persuade, induce, or entice a person whom he believed to be under the age of 18 to engage in sexual activity for which he could be charged with a criminal offense under Michigan law.

Dated this 13th day of May 2022.

_____
Alejandro Beltran Jr.
Task Force Agent
Homeland Security Investigations

Subscribed and sworn to before me and
signed in my presence and/or by reliable
electronic means on May 13, 2022.

_____
Elizabeth Stafford
United States Magistrate Judge

11