UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDMOND RAY WOODCHISKY
    Defendant.

Case: 1:23-cr-20149
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 03-09-2023 At 11:22 AM
INFO USA v. Edmund Ray Woodchisky (krc)

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### 18 U.S.C. § 2422(b)
### Attempted Enticement of a Minor to Engage in Criminal Sexual Activity

1. Beginning in or around February 2022 and continuing through on or about March 7, 2022, in the Eastern District of Michigan, Edmund Woodchisky, using a facility and means of interstate and foreign commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, namely 18 U.S.C. § 2251(a) (Sexual Exploitation of a Child) and M.C.L. § 750.145(c) of the Michigan Penal Code (Child Sexually Abusive Material).

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 2428 and 28 U.S.C. § 2461

2.   The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2428 and 28 U.S.C. § 2461.

3.   Upon conviction of the offense charged in Count One of the Information, defendant shall, pursuant to Title 18, United States Code, Section 2428, and Title 28, United States Code, Section 2461, forfeit to the United States the following:

   a. Any property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense or any property traceable to such property; and,

   b. Any property, real or personal, constituting or derived from any proceeds obtained directly or indirectly as a result of such offense.

4.   <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred to, sold to, or deposited with a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

Dated: February 24, 2023

DAWN N. ISON
United States Attorney

_____
KATHARINE HEMANN (WSBA #46237)
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989)895-5712
Katharine.Hemann@usdoj.gov

_____
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

| United States District Court Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** KH |

**Case Title:** USA v. Edmond Woodchisky

**County where offense occurred:** Tuscola

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 22-mj-30229 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 9, 2023
Date

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First St. Ste. 200
Bay City, MI 48708
Phone: 989-895-5712
Fax: 989-895-5720
E-Mail address: katharine.hemann@usdoj.gov
Attorney Bar #: WSBA 46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.