AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Edmond Ray Woodchisky<br><br>*Defendant* | ) ) ) ) ) ) Case No. 23-20149 |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/27/2023

*Defendant's signature*

*Signature of defendant's attorney*

Elias Escobedo
*Printed name of defendant's attorney*

*Judge's signature*

Patricia T. Morris, U.S. Magistrate Judge
*Judge's printed name and title*